# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRELL BEASLEY

NO. 2023 KW 0449

**MAY 11, 2023**

---

In Re:    Darrell Beasley, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-05852.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.   STAY DENIED.**

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
      FOR THE COURT